

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00492-CV

**IN THE INTEREST OF J.A.M.**, J.W.M., V.S.M., N.J.M., L.V.M., L.D.M., and D.A.M.,
Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01074
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

SIGNED January 11, 2023.

_____
Patricia O. Alvarez, Justice